1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERT TODD BRUCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-11-439 MCE |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. ) | **STATUS CONFERENCE AND TO EXCLUDE** |
| ) | **TIME** |
| ROBERT TODD BRUCE, ) | |
| ) | Date: November 17, 2011 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, ROBERT TODD BRUCE, that the status conference hearing date of Thursday, November 3, 2011, be vacated and a status conference hearing date of Thursday, November 17, 2011, at 9:00 a.m., be set.

The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition. In addition, related case CR-S-11-317 MCE is also being continued to November 17, 2011.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including November 17, 2011, pursuant to 18 U.S.C.

/ / /

/ / /

§3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: November 2, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ROBERT TODD BRUCE

Dated: November 2, 2011

BENJAMIN B. WAGNER
United States Attorney

 */s/ Matthew C. Bockmon for*
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on November 14, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, November 3, 2011, be vacated and that the case be set for status conference on **Thursday, November 17, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including November 17, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T4, to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: November 14, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2